■ ADELAIDE NEUWIRTH et al., Appellants, v. ROBERT R. YOUNG et al., Respondents, et al., Defendants. JOSEPH SCHILDKRET et al., on Behalf of Themselves and All Other Stockholders of the New York Central Railroad

Company, Similarly Situated and in the Right of Said Company, Respondents, v. PERCY J. EBBOTT et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.